UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

State of Missouri, et al.,

    Plaintiff(s),

v.

Missouri State High School Activities Assoc.,

    Defendant(s).

Case No. 4:26-cv-00171

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiffs__ and notifies the court of the intent to use (Plaintiff or Defendant)

__Action Legal Process Server__
(name and address of process server)
__P.O. Box 28833__
__Kansas City, MO 64188__

To serve: __Jennifer Rukstad, Executive Director__
__Missouri State High School Activities Assoc.__
__1 North Keene Street, Columbia, MO 65201__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

__02/06/2026__                              __William J. Seidleck__
(date)                                      (attorney for Plaintiff)

_____
(attorney for Defendant)