**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ex rel.** | ) |
| **CATHERINE L. HANAWAY,** | ) |
| **ATTORNEY GENERAL OF MISSOURI,** | ) |
| | ) |
| **&** | ) |
| | ) |
| **MERLYN JOHNSON,** | ) |
| | )   **Case No.  4:26-cv-00171-SRC** |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **MISSOURI STATE HIGH SCHOOL** | ) |
| **ACTIVITIES ASSOCIATION,** | ) |
| | ) |
| **Defendant.** | ) |

**JOINT MOTION FOR LEAVE TO FILE IN EXCESS OF FIFTEEN PAGES AND FOR**
**EXTENSION OF TIME TO FILE RESPONSE AND REPLY**

COMES NOW Plaintiffs and Defendant, by and through their respective counsel, jointly move this Court for leave to exceed the page limits set forth in Local Rule 4.01(D) and for extensions of time to file Plaintiffs' response to Defendant's forthcoming motion and Defendant's reply. In support of this Motion, the parties state as follows:

1.  Plaintiffs' Complaint was filed on February 4, 2026, and served on Defendant on February 9, 2026.

2.  On February 13, 2026, the Court granted Defendant's Consent Motion for Extension of Time to respond to Plaintiffs' Complaint.

3.  Defendant's response is currently due on April 16, 2026.

1

4.      Local Rule 4.01(D) provides that "[n]o party shall file any motion, memorandum, or brief which exceeds fifteen (15) numbered pages, exclusive of the Table of Contents, Table of Authorities, signature page, and attachments, without leave of Court."

5.      Plaintiffs' Complaint, together with its exhibits, spans approximately 231 pages, contains 152 paragraphs of detailed factual allegations, and asserts four separate counts raising distinct legal theories.

6.      The State of Missouri and Merlyn Johnson are the two Plaintiffs in this matter, and the United States of America recently filed a motion to intervene as a plaintiff.

7.      Defendant's forthcoming motion will raise a number of complex legal issues that cannot be adequately addressed within fifteen pages.

8.      To adequately address the issues presented, Defendant respectfully requests leave to file a memorandum in support of its motion not to exceed thirty (30) pages.

9.      For the same reasons, Plaintiffs respectfully request leave to file a response not to exceed thirty (30) pages.

10.     In addition, in light of the length and complexity of Defendant's forthcoming motion, Plaintiffs respectfully request up to and including May 7, 2026, to file their response.

11.     Defendant likewise respectfully requests a corresponding extension of time, up to and including May 25, 2026, to allow adequate time to address the issues raised in Plaintiffs' response.

12.     These requests are made in good faith, will not prejudice any party, and will assist the Court in its consideration of the issues.

WHEREFORE the parties respectfully request that the Court grant this Joint Motion for Leave to Exceed Page Limits, grant the requested extensions of time for Plaintiffs' response and

Defendant's reply, and for such other relief as this Court deems just and proper under the circumstances.

Respectfully submitted,

**MICKES O'TOOLE, LLC**

/s/ *Natalie A. Hoernschemeyer*
Natalie A. Hoernschemeyer, #49692MO
Grant Wiens, #65701MO
Katelyn Schmidt, #77085MO
12412 Powerscourt Drive, Suite 200
St. Louis, Missouri 63131
Telephone: (314) 878-5600
Facsimile: (314) 878-5607
natalie@mickesotoole.com
gwiens@mickesotoole.com
kschmidt@mickesotoole.com

*Attorneys for Defendant Missouri State High School Activities Association*

**CATHERINE L. HANAWAY**
**ATTORNEY GENERAL**

Louis J. Capozzi III, #77756(MO)
   *Solicitor General*

/s/ *William James Seidleck*
William James Seidleck, #77794(MO)
   *Principal Deputy Solicitor General*
Graham Miller, #77656(MO)
   *Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
Old Post Office Building
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (573) 645-9662
William.Seidleck@ago.mo.gov
Graham.Miller@ago.mo.gov

*Counsel for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April 2026 a true and correct copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF electronic filing system, to be served upon all counsel of record.

/s/ *Natalie Hoernschemeyer*