IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

STATE OF MISSOURI ex rel.          )
CATHERINE L. HANAWAY,               )
ATTORNEY GENERAL OF MISSOURI,  )
                                    )
&                                   )
                                    )
MERLYN JOHNSON,                     )
                                    )
        Plaintiffs,                 )
                                    )
        v.                          )          Case No. 4:26-cv-00171-SRC
                                    )
MISSOURI STATE HIGH SCHOOL          )
ACTIVITIES ASSOCIATION,             )
                                    )
        Defendant.                  )

## ENTRY OF APPEARANCE

Assistant Solicitor General Ryan Dugan enters his appearance on behalf

of Plaintiffs.

Dated: May 13, 2026                Respectfully submitted,

                                   **CATHERINE L. HANAWAY**
                                   Missouri Attorney General

                                   */s/ Ryan Dugan*
                                   Ryan Dugan #77805MO
                                   Assistant Solicitor General
                                   207 West High Street
                                   Jefferson City, Missouri 65101
                                   (573) 751-8785 Phone
                                   Ryan.Dugan@ago.mo.gov

                                   *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the Court's CM/ECF electronic filing system, to be served on all counsel of record.

*/s/ Ryan Dugan*

-2-